UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATHANIEL R. BRAZILL,

    Plaintiff,

v.                                                       Case No.  8:14-CV-3131-T-27JSS

AARON LEAVINS, et al.,

    Defendants.
_____/

**ORDER**

THIS MATTER is before the Court on Plaintiff's Motion for Order Directing Service of Process (Dkt. 13) in which Plaintiff requests the Court to direct the United States Marshal to execute service of process.  Upon consideration, it is

**ORDERED** that Plaintiff's Motion for Order Directing Service of Process (Dkt. 13) is **GRANTED** to the extent that the Court will direct the United States Marshal by separate order to mail waiver of personal service of process forms to Defendants.

**DONE** and **ORDERED** in Tampa, Florida, on November 10, 2015.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copy furnished to:
*Pro Se* Plaintiff